JACOB GROPPER, RESPONDENT, v. WILLIAM HOOVER, APPELLANT.

Submitted October 28, 1927—Decided February 6, 1928.

For the respondent, *Saul* and *Joseph E. Cohn.*

For the appellant, *Green & Green.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.